# IMPORTANT NOTICE
## NOT TO BE PUBLISHED OPINION

THIS OPINION IS DESIGNATED "NOT TO BE PUBLISHED."
PURSUANT TO THE RULES OF CIVIL PROCEDURE
PROMULGATED BY THE SUPREME COURT, CR 76.28(4)(C),
THIS OPINION IS NOT TO BE PUBLISHED AND SHALL NOT BE
CITED OR USED AS BINDING PRECEDENT IN ANY OTHER
CASE IN ANY COURT OF THIS STATE; HOWEVER,
UNPUBLISHED KENTUCKY APPELLATE DECISIONS,
RENDERED AFTER JANUARY 1, 2003, MAY BE CITED FOR
CONSIDERATION BY THE COURT IF THERE IS NO PUBLISHED
OPINION THAT WOULD ADEQUATELY ADDRESS THE ISSUE
BEFORE THE COURT. OPINIONS CITED FOR CONSIDERATION
BY THE COURT SHALL BE SET OUT AS AN UNPUBLISHED
DECISION IN THE FILED DOCUMENT AND A COPY OF THE
ENTIRE DECISION SHALL BE TENDERED ALONG WITH THE
DOCUMENT TO THE COURT AND ALL PARTIES TO THE
ACTION.

# Supreme Court of Kentucky

2008-SC-000971-KB

FINAL

DATE 12/8/09 Kelly Klaber D.C.

CURTIS DONALD BRITT            MOVANT

V.          IN SUPREME COURT

KENTUCKY BAR ASSOCIATION          RESPONDENT

## OPINION AND ORDER

Movant, Curtis D. Britt, KBA Member No. 91685, has filed an application for restoration to the practice of law in Kentucky Pursuant to SCR 3.500(1). Britt was suspended from the practice of law in Kentucky for non-payment of his KBA dues by an order of this Court entered December 10, 2008. Britt was originally admitted to the practice of law in Kentucky on March 22, 2007, and maintains a bar roster address of 8172 Mall Road Ste. 228, Florence, Kentucky, 41042.

Britt filed his application for restoration on January 6, 2009. Britt's past due bar dues for fiscal year 2007-2008, in the amount of $270.00, have been paid, together with the $250.00 application fee, making a total payment of $520.00. Britt is CLE compliant for purposes of restoration for the 2008-2009

fiscal year, and must remain CLE compliant to maintain his restoration. The record reflects that there are no pending complaints or charge files against Britt and he is not the subject of any claims against the Client Security Fund. Accordingly, the Board of Governors voted nineteen to zero to recommend Britt's restoration to the practice of law.

Thus, we find that Britt has complied with all the requirements of SCR 3.500, and finding no impediments to his restoration to the bar, we hereby grant Britt's application.

Accordingly, it is ORDERED that:

1. Movant Curtis D. Britt, KBA Member No. 91685, is hereby restored to KBA membership and the practice of law in this Commonwealth subject to his paying $272.34 for the costs of this proceeding as required by SCR 3.500(5).

All sitting. All concur.

ENTERED: November 25, 2009.

_____
CHIEF JUSTICE

2